No. 83–432.   GULLETT *v.* UNITED STATES; and

No. 83–616.   FOX *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   Reported below: 713 F. 2d 1203.

No. 83–435.   WICHITA BOARD OF TRADE ET AL. *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 83–475.   STAHL ET AL. *v.* OKLAHOMA.   Ct. Crim. App. Okla.   Certiorari denied.

No. 83–527.   INTERNATIONAL MOORING & MARINE, INC., ET AL. *v.* BERTRAND ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–575.   OLIVER ET AL. *v.* MCCLURE, PROSECUTOR OF BERGEN COUNTY, NEW JERSEY.   Super. Ct. N. J., App. Div. Certiorari denied.

No. 83–581.   HAIMOWITZ *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–605.   MILLS *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.

No. 83–644.   HATCH ET AL. *v.* RELIANCE INSURANCE CO. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 83–697.   BUILDING & CONSTRUCTION TRADES DEPARTMENT, AFL–CIO, ET AL. *v.* DONOVAN, SECRETARY OF LABOR, ET AL.   C. A. D. C. Cir.   Certiorari denied.

No. 83–717.   MORROW ET AL. *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–755.   LEDESMA *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 83–798.   QUINTANILLA *v.* SCIENTIFIC-ATLANTA, INC. C. A. 5th Cir.   Certiorari denied.

No. 83–799.   LEWIS *v.* BROWN & ROOT, INC.   C. A. 5th Cir. Certiorari denied.